UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHEILA SUE BAXTER,

                                Plaintiff,

                                                                              ORDER
       v.                                                               01-CV-157A

LARRY G. MASSANARI,
Acting Commissioner of Social Security,

                                Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On August 17, 2005, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the defendant's motion for judgment on the pleadings be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, the defendant's motion for judgment on the pleadings is granted. The Clerk of Court shall take all steps necessary to close the case.

        IT IS SO ORDERED.

                                                      /s/ Richard J. Arcara

                                                      _____
                                                      HONORABLE RICHARD J. ARCARA
                                                      CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT

Dated: September 8    , 2005